**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jonathan Seijo                                   CHAPTER 13

Debtor(s)

BKY. NO. 22-10359 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of MIDFIRST BANK  and index same on the master mailing list.

         Respectfully submitted,

        /s/Rebecca Solarz

        Rebecca Solarz
        18 Mar 2022, 15:27:01, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322