# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10359-MDC

JONATHAN SEIJO

5 FOX RIDGE ROAD

GLENMOORE, PA 19343

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JONATHAN SEIJO

    5 FOX RIDGE ROAD

    GLENMOORE, PA 19343

Counsel for debtor(s), by electronic notice only.

    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355

                                  /S/ Kenneth E. West

Date: 4/1/2022                         _____

                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee