# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Chapter 13

JONATHAN  SEIJO                         Bankruptcy No. 22-10359-MDC

5 FOX RIDGE ROAD

GLENMOORE, PA 19343

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JONATHAN  SEIJO

    5 FOX RIDGE ROAD

    GLENMOORE, PA 19343

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL G DEEGAN, ESQ
    134 W. KING STREET

    MALVERN, PA 19355-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/25/2022                                                                 /s/ Kenneth E. West

                                                             _____
                                                             Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee