IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Jonathan Seijo

Chapter 13
Case No.: 22-10359 mdc

CERTIFICATE OF SERVICE

    I the undersigned hereby represents and certifies that on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, or electronic service, copies of the within Debtor's First Amended Chapter 13 Plan for service on:

Kenneth West, Esquire
Chapter 13 Trustee
(electronically)

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(electronically)

KERI P EBECK
Bernstein-Burkley, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219
(electronically)

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Pennsylvania Department of Revenue

Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

Melissa Seijo
1916 Cavalier Lane
Chester Springs, PA 19425

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001

PECO Energy Company
2301 Market Street, 04 NW
Philadelphia, PA 19101

Date: 06/20/22                                          /s/ Michael G. Deegan
                                                        Michael G. Deegan, Esquire
                                                        Attorney for Debtor
                                                        134 West King Street
                                                        Malvern, PA 19355