**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| : | |
| JONATHAN SEIJO : | BANKRUPTCY NO. 22-10359-MDC |
| : | |
| Debtor. : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR'S ATTORNEYS OF RECORD, AND TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rule 2002 and 9007 and 11 U.S.C. §102(1) and all other applicable law, the undersigned, as counsel of record for MELISSA SEIJO, Creditor in the above captioned matter, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the following office, address, telephone number and email address:

John A. Gagliardi, Esquire
Wetzel Gagliardi Fetter & Lavin LLC
122 South Church Street
West Chester, PA 19382
484-887-0779 ext.102
jgagliardi@wgflaw.com

The foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affects or seeks to affect in any way any rights or interests of the Debtor.

                                                WETZEL GAGLIARDI FETTER & LAVIN LLC

Date: July 8, 2022        By:    /s/ John A. Gagliardi
                                            John A. Gagliardi, Esquire
                                            Wetzel Gagliardi Fetter & Lavin LLC
                                            122 South Church Street
                                            West Chester, PA 19382
                                            484-887-0779 x102
                                            jgagliardi@wgflaw.com