## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jonathan Seijo<br><br>        Debtor<br><br>MIDFIRST BANK, its successors and/or assigns<br>        Movant<br>     vs.<br><br>Jonathan Seijo<br><br>        Debtor<br><br>Kenneth E. West<br><br>        Trustee | CHAPTER 13<br><br><br><br>NO. 22-10359 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **April 6, 2022, docket number 23**.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: July 8, 2022