### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jonathan Seijo | : | Chapter 13 |
| | : | Case No. 22-10359 mdc |
| Debtor(s) | : | Hearing Date:  September 27, 2022 |
| | : | Hearing Time: 10:30 a.m. |
| | : | Place of Hearing: U.S. Bankruptcy Court |
| | : | Courtroom #2, 900 Market Street, Philadelphia, PA |
| | : | 19107 |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Jonathan Seijo, Debtor, has filed an objection to the proof of claim you filed in this bankruptcy case.

1.     Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2.     If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held on **September 27, 2022**, at **10:30 a.m.** in **Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  PLEASE NOTE ALL HEARINGS ARE CONDUCTED BY TELEPHONE 877-336-1828 Access Code 7855846.**

f you or your attorney do not attend the hearing on the objection,the court may decide that you do not oppose the objection to your claim.

3.     If you intend to appear at the hearing to contest the objection to your claim, you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date:   08/18/22                    /s/ Michael G. Deegan
                                    Michael G. Deegan, Esquire
                                    134 West King Street
                                    Malvern, PA 19355
                                    (610) 251-9160
                                    (610) 251-0205 - Fax
                                    Counsel for Debtor