IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> JONATHAN SEIJO, <br><br> Debtor, <br><br> HARLEY-DAVIDSON CREDIT CORP., <br><br> Movant, <br><br> v. <br><br> JONATHAN SEIJO <br> KENNETH E. WEST, Trustee, <br><br> Respondents. | Bankruptcy No. 22-10359-mdc <br><br> Chapter 13 <br><br> Related to Doc. No. 22 |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Harley-Davidson Credit Corp on April 5, 2022 at Document No. 22. The Debtor's Second Amended Chapter 13 Plan filed on August 15, 2022 at Document No. 50 resolves the Objection to Confirmation of Plan.

Dated: August 18, 2022

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

*Counsel for Harley-Davidson Credit Corp.*