United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10359-mdc |
| Jonathan Seijo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Seijo, 5 Fox Ridge Road, Glenmoore, PA 19343-9549 |
| cr | + | Melissa Seijo, c/o John A. Gagliardi, Esq., Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 19 2022 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOHN A. GAGLIARDI | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 4

| | |
|---|---|
| | on behalf of Creditor Melissa Seijo jgagliardi@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| MICHAEL G. DEEGAN | on behalf of Debtor Jonathan Seijo mgdeegan@comcast.net mike@deeganlawfirm.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| JONATHAN SEIJO | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-10359 mdc |

**ORDER**

**AND NOW,** this   17th   day of  November  2022, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED,** that debtor is authorized to sell his/her real property located at 5 Fox Ridge Road, Glenmoore, PA 19343 ("Property"), with all liens to be paid at closing, for the sale price of $525,000.00 , pursuant to the terms of a certain real estate agreement of sale dated as of October 14, 2022 , to the buyer(s) thereunder, James Parmiter and Jessica Ann Parmiter ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including,
   but not limited to those related to notary services, deed
   preparation, disbursements, express shipping, surveys,
   municipal certifications, or any other such routine matters
   PA realty transfer tax                                                                $5,250.00

2. Liens paid at closing –
   Midland Mortgage                                                                      $465,218.05
   Melissa Seijo – Child Support Arrears pursuant to
      23 Pa.C.S.A. section 4352(d)                                                       $18,280.05[1]

3. Real estate taxes, sewer, trash and/or other such items            $_____

4. Property repairs, if any                                           $_____

---

[1] This an estimated amount.  Actual amount due through closing to be paid in accordance with this Order.

Page 1 of  2

| | | |
|---|---|---|
| 5. | Real estate commission, at no greater than 6% | $23,625.00 |
| 6. | Attorneys' fees, if any | $_____ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $_____ |
| 8. | Other - Seller Assist | $5,000.00 |
| | Total Due Seller (Debtor)-11 U.S.C. 522(d)(1) ESTIMATED | $7,626.90[2] |

This Order is contingent upon the mortgage lien held by Midland Mortgage, or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date and the Debtor shall have ninety (90) days from the entry of this Order to sell the property.

After paying all liens in full and all costs of sale and the estimated amount due Seller above, the title clerk shall pay to Kenneth E. West, Chapter 13 trustee, the balance of the net sales proceeds, if any, which are in excess of $25,150.00, to be held by the standing trustee as a special receipt, to be available under debtor's plan for distribution to unsecured creditors. Debtor shall immediately amend his plan, consistent with this Order and the sale of the Property.

All secured and priority creditors paid any proceeds from the sale shall file an Amended Proof of Claim or withdraw their Proof of Claim

The title clerk shall fax a (215-627-6299) and email (settlementsheet@ph13trustee.com) a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

---

[2] This figure is an estimate of the net proceeds. The final net proceeds shall be split 60% to Jonathan Seijo (the "debtor") and 40% to Melissa Seijo to resolve her objection to the Sale Motion.