# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Jonathan Seijo : Chapter 13

       Debtor(s) :

: Case No. 22-10359 mdc

## CERTIFICATE OF SERVICE

    I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that on the date set forth below, I caused a true and correct copy of the Court's Order Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses to be served via first class mail, postage prepaid, and or electronic means on the parties listed below:

Kenneth West, Trustee
P.O. Box 40119
Philadelphia, PA 19106
electronically

Office of the United States Trustee
833 Chestnut Street
Philadelphia, PA 19107
electronically

Jonathan Seijo
5 Fox Ridge Road
Glenmoore, PA 19343

KERI P EBECK
Bernstein-Burkley, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219
via ECF

JOHN A. GAGLIARDI
Wetzel Gagliardi Fetter & Lavin LLC
122 S. Church St.
West Chester, PA 19382
via ECF

BRIAN NICHOLAS
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
via ECF


Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946



Date:  12/21/22                                    /s/ Michael G. Deegan
                                                                          Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
(610) 251-9160
(610) 251-0205 - Fax
Counsel for Debtor