United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10359-mdc |
| Jonathan Seijo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Seijo, 5 Fox Ridge Road, Glenmoore, PA 19343-9549 |
| aty | + | Michael Deegan, 134 West King Street, Malvern, PA 19355-2412 |
| cr | + | Melissa Seijo, c/o John A. Gagliardi, Esq., Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |
| 14669412 | + | ACGCC, LLC, 91 Dowlin Forge Road, Exton, PA 19341-1548 |
| 14669415 | | Chester County Hospital, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14669416 | + | Children's Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14669418 | + | Danille Greenhalgh, 1101 Bay Avenue, Point Pleasant Beach, NJ 08742-3013 |
| 14669419 | | Guardian, PO Box 542007, Omaha, NE 68154-8007 |
| 14677267 | + | MIDFIRST BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Stree, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14704836 | + | Melissa Seijo, C/O John A. Gagliardi, Esquire, Wetzel Gagliardi Fetter & Lavin LLC, 122 South Church Street, West Chester, PA 19382-3223 |
| 14669422 | + | Melissa Seijo, 1916 Cavalier Lane, Chester Springs, PA 19425-3872 |
| 14669425 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14669413 | ^ | MEBN | Dec 21 2022 00:07:43 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 14669414 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 00:14:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14673884 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 00:15:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14669417 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2022 00:14:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14669420 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 21 2022 00:08:00 | Harley Davidson Financial, PO Box 22048, Attn: Bankruptcy, Carson City, NV 89721-2048 |
| 14681174 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 21 2022 00:08:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14669421 | ^ | MEBN | Dec 21 2022 00:07:56 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14677112 | ^ | MEBN | Dec 21 2022 00:07:56 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14684527 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 21 2022 00:15:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14669423 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

|  |  |  | Dec 21 2022 00:15:03 | Midfirst Bank, PO Box 26648, Attn: Bankruptcy, Oklahoma City, OK 73126-0648 |
|---|---|---|---|---|
| 14669424 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 21 2022 00:08:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Attn: Bankruptcy, Coppell, TX 75019-4620 |
| 14686036 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 21 2022 00:08:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14669426 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2022 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14669427 |  | Email/Text: vci.bkcy@vwcredit.com | Dec 21 2022 00:08:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 14681719 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 21 2022 00:08:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14669776 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14685142 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOHN A. GAGLIARDI | on behalf of Creditor Melissa Seijo jgagliardi@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MICHAEL G. DEEGAN | on behalf of Attorney Michael Deegan mgdeegan@comcast.net  mike@deeganlawfirm.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 28 |

MICHAEL G. DEEGAN
        on behalf of Debtor Jonathan Seijo mgdeegan@comcast.net  mike@deeganlawfirm.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re:  Jonathan Seijo : | Chapter 13 |
| Debtor(s) : :  : :  : | Case No. 22-10359 mdc |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINES FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if such has not been previously filed.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days o the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to the Debtor(s) pursuant to 11 U.S.C. §1326

Date: December 20, 2022

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE.