**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Jonathan Seijo | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 22-10359 mdc |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY AND
ORDER APPROVING THE APPLICATION FOR COMPENSATION**

Pursuant to Judge Magdeline D. Coleman's Order dated December 20, 2022, I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify as follows:

1. If the foregoing Application for Allowance of Debtor's Counsel for Allowance of Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 2005 and Paragraphs 2c of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by first class mail, postage prepaid on the following persons, and the Debtor on the date set forth below:

    Kenneth West, Trustee
    P.O. Box 40119
    Philadelphia, PA 19106

    Office of the United States Trustee
    833 Chestnut Street
    Philadelphia, PA 19107

    Jonathan Seijo
    5 Fox Ridge Road
    Glenmoore, PA 19343

2. I served a copy of the Order Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses Notice of Application on all interested parties by first class mail, postage prepaid on December 21, 2022.

3. I served a copy of the Notice of Application on all interested parties by first class mail, postage prepaid on the date set forth below.

4. No objection to the proposed compensation has been filed or served upon me since the

    date of service.

5.    No other Applications for Administrative Expenses have been filed or served upon me.

    WHEREFORE, the Debtor's counsel requests that the Court approve the Application and allow the compensation as requested.

Date of Service of Fee Application:  <u>December 15, 2022</u>

Date:  <u>01/11/23</u>                            <u>/s/ Michael G. Deegan</u>
                                              Michael G. Deegan, Esquire
                                              134 West King Street
                                              Malvern, PA 19355
                                              (610) 251-9160
                                              (610) 251-0205 - Fax
                                              Counsel for Debtor