IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jonathan Seijo | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 22-10359 mdc |
| | : | |
| | : | |

## ORDER

**AND NOW**, this __12th__ day of _____January_____ 2023, upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2 from the funds on hand with the Chapter 13 Trustee, less $3,190.00 which was paid by the debtor pre-petition

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE