United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10359-mdc |
| Jonathan Seijo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Seijo, 5 Fox Ridge Road, Glenmoore, PA 19343-9549 |
| aty | + | Michael Deegan, 134 West King Street, Malvern, PA 19355-2412 |
| cr | + | Melissa Seijo, c/o John A. Gagliardi, Esq., Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |
| 14669412 | + | ACGCC, LLC, 91 Dowlin Forge Road, Exton, PA 19341-1548 |
| 14669415 | | Chester County Hospital, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14669416 | + | Children's Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14669418 | + | Danille Greenhalgh, 1101 Bay Avenue, Point Pleasant Beach, NJ 08742-3013 |
| 14669419 | | Guardian, PO Box 542007, Omaha, NE 68154-8007 |
| 14677267 | + | MIDFIRST BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Stree, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14704836 | + | Melissa Seijo, C/O John A. Gagliardi, Esquire, Wetzel Gagliardi Fetter & Lavin LLC, 122 South Church Street, West Chester, PA 19382-3223 |
| 14669422 | + | Melissa Seijo, 1916 Cavalier Lane, Chester Springs, PA 19425-3872 |
| 14669425 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2023 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14669413 | ^ | MEBN | Jan 14 2023 00:31:35 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 14669414 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2023 00:41:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14673884 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2023 00:41:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14669417 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2023 00:41:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14669420 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 14 2023 00:37:00 | Harley Davidson Financial, PO Box 22048, Attn: Bankruptcy, Carson City, NV 89721-2048 |
| 14681174 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 14 2023 00:36:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14669421 | ^ | MEBN | Jan 14 2023 00:31:45 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14677112 | ^ | MEBN | Jan 14 2023 00:31:46 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14684527 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 14 2023 00:41:53 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14669423 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

Case 22-10359-mdc    Doc 86    Filed 01/15/23    Entered 01/16/23 00:32:24    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 14 2023 00:41:59 | Midfirst Bank, PO Box 26648, Attn: Bankruptcy, Oklahoma City, OK 73126-0648 |
| 14669424 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2023 00:36:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Attn: Bankruptcy, Coppell, TX 75019-4620 |
| 14686036 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 14 2023 00:36:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14669426 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14669427 | | Email/Text: vci.bkcy@vwcredit.com | Jan 14 2023 00:37:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 14681719 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jan 14 2023 00:36:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14669776 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14685142 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN A. GAGLIARDI | on behalf of Creditor Melissa Seijo jgagliardi@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| MICHAEL G. DEEGAN | on behalf of Attorney Michael Deegan mgdeegan@comcast.net mike@deeganlawfirm.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: pdf900 | Total Noticed: 28 |

MICHAEL G. DEEGAN
        on behalf of Debtor Jonathan Seijo mgdeegan@comcast.net  mike@deeganlawfirm.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Jonathan Seijo | Chapter 13 |
| Debtor(s) | |
| | Case No. 22-10359 mdc |

### ORDER

**AND NOW**, this __12th__ day of __January__ 2023, upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2 from the funds on hand with the Chapter 13 Trustee, less $3,190.00 which was paid by the debtor pre-petition

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE